*man*, and Messrs. *James W. Morris* and *Warren F. Waltles* for respondent.

No. 357. NISLEY SHOE CO. *v.* NISLEY CO. ET AL. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. *H. A. Toulmin*, *H. A. Toulmin, Jr.*, and *Chalmers M. Parker* for petitioner. *Mr. Francis J. Wright* for respondents.

No. 358. McLEAN *v.* JAFFRAY ET AL., RECEIVERS. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. *Mortimer H. Boutelle*, *John H. Hougen*, and *Adrian H. David* for petitioner. Messrs. *Charles R. Fowler*, *Henry C. Carlson*, and *John B. Faegre* for respondents.

No. 359. TOWNSHEND, TRUSTEE IN BANKRUPTCY, *v.* LAMB, RECEIVER. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. E. V. Townshend* for petitioner. No appearance for respondent.

No. 360. MONTGOMERY *v.* TERMINAL RAILROAD ASSN. OF ST. LOUIS. October 15, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. John S. Marsalek* for petitioner. No appearance for respondent.

No. 362. NEALE ET AL. *v.* HAZEN ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA. October 15,